UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STANLEY J. LAKOTA, JR., )
        Plaintiff )
   )
   )
    v. )   Civil Action No. 18-30129-MGM
   )
   )
COCA COLA COMPANY INC., et al., )
        Defendants )

ORDER OF DISMISSAL
October 29, 2019

MASTROIANNI, D.J.

Plaintiff failed to appear at the hearing on Defendants' Motion to Dismiss for Lack of Prosecution. For the reasons stated in open court, the motion is ALLOWED and the case is dismissed. The case may now be closed.

It is so ordered.

          /s/ Mark G. Mastroianni
          United Sates District Judge